IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

GOCHA GOGOLADZE,

         Debtor.

NO. 13-08197
CHAPTER 7

JUDGE PAMELA S. HOLLIS

## NOTICE OF MOTION

TO:

Gocha Gogoladze
9128 Terrace Dr., Unit 6M
Niles, IL 60714
**BY U.S. MAIL**

| | |
|---|---|
| Daniel P. Scott, Attorney for Debtor | **BY ELECTRONIC TRANSMISSION** |
| David R. Herzog, Chapter 7 Trustee | **BY ELECTRONIC TRANSMISSION** |

PLEASE TAKE NOTICE that on April 9, 2013, at 10:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #644, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 25th day of March, 2013.

                                                BY:    /s/ Terri M. Long
                                                               TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for CAPITAL ONE AUTO FINANCE, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>GOCHA GOGOLADZE,<br><br>Debtor. | NO. 13-08197<br>CHAPTER 7<br><br>JUDGE PAMELA S. HOLLIS |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes CAPITAL ONE AUTO FINANCE, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On March 1, 2013, the Debtor herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2003 Lexus GX470 motor vehicle. The current total outstanding balance due to Movant is $8,725.82.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. There is no equity in the aforesaid motor vehicle for the estate, and the said motor vehicle is not necessary to an effective reorganization by the Debtor.

5. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein.

6. The Debtor is past due in the amount of $2,705.91, which represents more than three monthly contract payments.

7. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, CAPITAL ONE AUTO FINANCE, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said CAPITAL ONE AUTO FINANCE, its successors and/or assigns, to take possession of and foreclose its security interest in a certain 2003 Lexus GX470 motor vehicle, V.I.N. JTJBT20X930022847, and for such other and further relief as this Court may deem just.

                                        CAPITAL ONE AUTO FINANCE, its
                                        Successors and/or Assigns


                                        BY:    /s/ Terri M. Long
                                               TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for CAPITAL ONE AUTO FINANCE, its Successors and/or Assigns