B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–08197**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gocha Gogoladze
   9128 Terrace Dr, Unit 6M
   Niles, IL 60714

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5706

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                           FOR THE COURT


Dated: <u>June 24, 2013</u>                                <u>Kenneth S. Gardner, Clerk</u>
                                                              United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 13-08197-PSH
Gocha Gogoladze                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin              Page 1 of 2          Date Rcvd: Jun 24, 2013
                              Form ID: b18             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
db           #+Gocha Gogoladze,    9128 Terrace Dr, Unit 6M,   Niles, IL 60714-5893
20116922     +Photo Enforcement Program,    Po Box 5905,   Carol Stream, IL 60197-5905
20116924     +US Bank,   Po Box 20005,   Owensboro, KY 42304-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: FDRHERZOG.COM Jun 25 2013 01:08:00      David R Herzog,   Herzog & Schwartz PC,
              77 W Washington Suite 1717,   Chicago, IL 60602-3943
20116910     +E-mail/Text: KM@ARCONCEPTSINC.COM Jun 25 2013 02:37:18      A/R Concepts,
              2320 Dean St, Suite 202,   Saint Charles, IL 60175-1068
20116914     +EDI: AMEREXPR.COM Jun 25 2013 01:08:00      American Express,   P.O. Box 981540,
              El Paso, TX 79998-1540
20116915     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 25 2013 02:36:47      Armor Systems,   2322 N. Green Bay,
              Waukegan, IL 60087-4209
20116917     +EDI: BANKAMER.COM Jun 25 2013 01:08:00      Bank of America,   Po Box 851001,
              Dallas, TX 75285-1001
20116918     +EDI: CAPITALONE.COM Jun 25 2013 01:08:00      Capital One,   Po Box 6492,
              Carol Stream, IL 60197-6492
20116921     +E-mail/Text: ebnsterling@weltman.com Jun 25 2013 02:30:54      Jared,   375 Ghent rd,
              Akron, OH 44333-4601
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20116920       First Bank and Trust
20116911*    +A/R Concepts,    2320 Dean St, Suite 202,   Saint Charles, IL 60175-1068
20116912*    +A/R Concepts,    2320 Dean St, Suite 202,   Saint Charles, IL 60175-1068
20116913*    +A/R Concepts,    2320 Dean St, Suite 202,   Saint Charles, IL 60175-1068
20116916*    +Armor Systems,    2322 N. Green Bay,   Waukegan, IL 60087-4209
20116919*    +Capital One,    Po Box 6492,   Carol Stream, IL 60197-6492
20116923*    +Photo Enforcement Program,    Po Box 5905,   Carol Stream, IL 60197-5905
                                                                                TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: admin              Page 2 of 2                  Date Rcvd: Jun 24, 2013
                               Form ID: b18             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
          Daniel P Scott    on behalf of Debtor Gocha   Gogoladze daniel@chepovandscott.com
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor    Capital One Auto Finance Courts@tmlong.com
                                                                                                  TOTAL: 4